*Platzer, Swergold, Levine,*
  *Goldberg, Katz & Jaslow, LLP*
*Attorneys for Lease Corporation of America*
*475 Park Avenue South, 18th Floor*
*New York, New York 10016*
*(212) 593-3000*
*Sherri D. Lydell, Esq.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

                                             Chapter 7

**TECHNISPHERE CORPORATION,**        Case No.: 14-11953 (REG)

                        Debtor.
--------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of Appearance as counsel for Lease Corporation of America, and demands, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

> Platzer, Swergold, Levine, Katz, Goldberg & Jaslow, LLP
> Counsel for Lease Corporation of America
> 475 Park Avenue South, 18th Floor
> New York, New York 10016
> Attn: Sherri D. Lydell, Esq.
> Telephone: 212-593-3000
> Facsimile: 212-593-0353
> slydell@platzerlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or

2

otherwise: (1) which affect or seek to affect in any way the rights or interests of Lease Corporation of America, with respect to (a) the Debtor's bankruptcy estate; (b) property or proceeds thereof in which the Debtor's bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor's bankruptcy estate.

Dated:  July 10, 2014

                                    **Platzer, Swergold, Levine,**
                                    **Goldberg, Katz & Jaslow, LLP**
                                    *Attorneys for Lease Corporation of America*

                      By:  /s/ Sherri D. Lydell
                            Sherri D. Lydell, Esq.
                            475 Park Avenue South, 18th Fl
                            New York, New York 10016
                            (212) 593-3000
                            slydell@platzerlaw.com