MAGNOZZI & KYE, LLP
Matthew F. Kye, Esq. (MK-7841)
23 Green Street, Suite 302
Huntington, New York 11743
Telephone: (631) 923-2858

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

In Re:                                                   Chapter 7

                                                         Case No. 14-11953

TECHNISPHERE CORPORATION,

                Debtor.

-------------------------------------------------------X

**TO THE DEBTOR'S ATTORNEY AND OFFICE OF THE US TRUSTEE:**

## NOTICE OF APPEARANCE AND
## REQUEST FOR PAPERS

**PLEASE TAKE NOTICE** that Lakeland Bank Equipment Leasing Division ("Lakeland"), appears in the above-captioned case by its counsel, Magnozzi & Kye, LLP. Such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address indicated:

Matthew F. Kye, Esq.
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, New York 11743

PLEASE TAKE FURTHER NOTICE that Lakeland does not intend that this Notice of Appearance and Request for Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Lakeland expressly reserves.

Dated: Huntington, New York
July 15, 2014

                              MAGNOZZI & KYE, LLP
                              Attorneys for Lakeland Bank Equipment
                              Leasing Division

                              By: /s/ Matthew F. Kye
                                    Matthew F. Kye, Esq.
                                    23 Green Street, Suite 302
                                    Huntington, New York 11743
                                    Telephone: (631) 923-2858