LAZER, APTHEKER, ROSELLA & YEDID, P.C.
Attorneys for Capital One Equipment Finance Corp.
225 Old County Road
Melville, N.Y. 11747-2712
(631) 761-0856
silvestro@larypc.com
Jennifer L. Silvestro, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re:                                                                    **NOTICE OF APPEARANCE**

TECHNISPHERE CORPORATION,                                Chapter 7

                                            Debtor.
-----------------------------------------------------------------X        Case No.: 14-11953-reg

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that Capital One Equipment Finance Corp., a creditor of the debtor, Technisphere Corporation, appears herein by its attorneys, Lazer, Aptheker, Rosella & Yedid, P.C., and demands, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Bankruptcy Rules, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> Lazer, Aptheker, Rosella & Yedid, P.C.
> 225 Old Country Road
> Melville, New York 11747
> Attn: Jennifer L. Silvestro, Esq.
> (631) 761-0856 – Telephone
> (631) 761-0735 – Facsimile
> Silvestro@larypc.com – E-mail

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the referenced case and the proceedings.

**PLEASE TAKE FURTHER NOTICE,** that all notices may be served upon the undersigned via electronic means to: Silvestro@larypc.com and all papers may be deemed served upon the undersigned upon electronic filing where the filing receipt indicated that electronic notice was sent to the above e-mail address.

Dated:  Melville, New York
        July 21, 2014

                                                        LAZER, APTHEKER, ROSELLA
                                                        & YEDID, P.C.
                                                        Attorneys for
                                                          Capital One Equipment Finance Corp.

                                                        By: /s/ Jennifer L. Silvestro
                                                            JENNIFER L. SILVESTRO (JS 8711)
                                                        225 Old Country Road
                                                        Melville, New York 11747
                                                        (631) 761-0856
                                                        Silvestro@larypc.com

TO:  United States Trustee
      Office of the Unites States Trustee
      U.S. Federal Office Building
      201 Varick Street, Room 1006
      New York, New York 10004

Togut, Segal & Segal LLP
Attn: Neil M. Berger
One Penn Plaza
Suite 3335
New York, New York 10119

Magnozzi & Kye, LLP
Attn: Matthew F. Kye
1 Expressway Plaza
Suite 114
Roslyn Heights, New York 11577

Plazer, Swergold, Levine
Goldberg, Katz & Jaslow, LLP
Attn: Sherri D. Lydell
475 Park Avenue South, 18th Floor
New York, New York 10016

LaMonica,. Herbst & Maniscalco, LLP
Attn: Adam P. Wofse
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793

Togut, Segal & Segal LLP
Attn: Albert Togut
One Penn Plaza
Suite 3335
New York, New York 10119