TOGUT, SEGAL & SEGAL LLP  
Proposed Attorneys for Albert Togut, Not Individually  
But Solely in His Capacity as Chapter 7 Interim Trustee  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Albert Togut  
Neil Berger  

ABANDONMENT DATE: 8/11/14

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------ x  
                In the Matter  : Chapter 7  
                                 : Case No. 14-11953 [REG]  
                    -of-  :  
      Technisphere Corporation,  :  
                      Debtor.  :  
------------------------------------------------------------ x

**NOTICE OF TRUSTEE'S ABANDONMENT OF
DEBTOR'S INTERESTS IN ALL PERSONAL PROPERTY
WHEREVER LOCATED TO SECURED CREDITORS**

TO:    ALL OF THE DEBTOR'S KNOWN CREDITORS;  
         THE DEBTOR; AND  
         OTHER PARTIES IN INTEREST

**PLEASE TAKE NOTICE** that pursuant to section 554(a) of the Bankruptcy Code, Rule 6007 of the Federal Rules of Bankruptcy Procedure and Rule 6007-1 of the Local Rules for the Southern District of New York (the "Local Rules"), Albert Togut, not individually, but solely in his capacity as the Chapter 7 Interim Trustee (the "Trustee") of the estate of Technisphere Corporation (the "Debtor"), intends to abandon all of the estate's right, title, and interest in and to all personal property wherever located (the "Personal Property") to creditors asserting secured claims and liens (the "Liens") against the Personal Property. A schedule of the known creditors which are asserting the Liens (the "Secured Creditors") is attached hereto as Schedule "A".

**PLEASE TAKE FURTHER NOTICE** that, for the avoidance of doubt, the Personal Property includes and is not limited to:

(a) any and all personal property located at the Debtor's former place of business located on the first floor and the basement of the premises commonly known as 134 West 26th Street, New York, New York (the "Premises");

(b) any and all personal property located at the Debtor's former storage unit located at room #404-09-07-040 at Manhattan Mini Storage, 524 West 23rd Street, New York, New York;

(c) any and all equipment that may currently be in the possession of the Debtor's former customers or at any locations other than the Premises; and

(d) all accounts receivable associated with the Personal Property.

**PLEASE TAKE FURTHER NOTICE** that the Trustee has caused the Personal Property located at the Premises to be inspected and has concluded that the Liens secure claims which exceed the liquidation value of the Personal Property. While certain Liens may be subject to disputes and defenses, the Trustee has concluded that the likelihood of successfully avoiding those liens is uncertain. Based upon the foregoing, the Trustee has determined that the Personal Property is of inconsequential value and otherwise burdensome to the Debtor's Chapter 7 estate and should be abandoned.

**PLEASE TAKE FURTHER NOTICE** that the Trustee will not take any action to protect, secure, marshall, or otherwise facilitate retrieval of the Personal Property. Secured Creditors are solely responsible for making their own arrangements

to retrieve the Personal Property that is subject to their respective Liens, wherever located, once abandoned pursuant to this Notice (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that to the extent that the Personal Property is located at the Premises, Secured Creditors must coordinate retrieval of the Personal Property subject to their respective Liens with the landlord of the Premises (the "Landlord"), with retrieval to occur on and/or after the Effective Date. The Landlord can be contacted: Howard F. Dubs, Esq., Dezer Properties LLC, 89 Fifth Avenue- 11th Floor, New York, New York 10003; Telephone No. (212) 929-1285 ext. 239; Facsimile No. (212) 633-0057; email: jebhd@aol.com.

**PLEASE TAKE FURTHER NOTICE** that the Trustee intends to reject the lease for the Premises, with such rejection to be effective on July 31, 2014.

**PLEASE TAKE FURTHER NOTICE** that unless a creditor or party-in-interest files a written objection and a request for a hearing with the Clerk of the United States Bankruptcy Court for the Southern District of New York in compliance with, among other things, General Order M-182 which provides for the means of electronic filing of objections with the Court, which may be accessed at the official web site maintained by the Bankruptcy Court at www.nysb.uscourts.gov, with copies served upon, so as to be received by: (i) the undersigned attorneys for the Trustee; and (ii) William K. Harrington, United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10016, Attn: Andy Velez-Rivera, Esq., within fourteen (14) days after

the date of this Notice, the Trustee will be deemed to have abandoned the estate's interests in the Personal Property on the fifteenth day after the date of this Notice, which will constitute the Effective Date.

DATED:  New York, New York
        July 25, 2014

ALBERT TOGUT, not individually but solely
in his capacity as the Chapter 7 Trustee,
By his Attorneys,
TOGUT, SEGAL & SEGAL LLP,
By:

/s/Neil Berger
NEIL BERGER
A Member of the Firm
One Penn Plaza - Suite 3335
New York, New York 10119
(212) 594-5000