# SCHEDULE "A"

UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                        :
            In the Matter  :  Chapter 7
                                        :  Case No. 14-11953 [REG]
                 -of-   :
                                        :
     Technisphere Corporation,  :
                                        :
                    Debtor.  :
                                        :
-------------------------------------------------------------- X

## SCHEDULE OF KNOWN SECURED CREDITORS

| SECURED CREDITOR | CONTACT INFORMATION |
|---|---|
| **All Points Capital Corp.** | Joseph C. Savino, Esq.<br>Lazer, Aptheker, Rosella & Yedid, P.C.<br>225 Old Country Road<br>Melville, NY 11747 |
| **All Points Capital Corp.**, as assignee of Fleetwood Leasing, LLC | Joseph C. Savino, Esq.<br>Lazer, Aptheker, Rosella & Yedid, P.C.<br>225 Old Country Road<br>Melville, NY 11747 |
| **American Express Bank, FSB** | American Express Bank, FSB<br>4315 South 2700 West<br>Salt Lake City, UT 84184 |
| **Bank of the West**, as assignee of Tiger Leasing, LLC | John Thomas<br>Bank of the West<br>Equipment Finance Division<br>475 Sansome Street 19th floor<br>San Francisco, CA 94111 |

| | |
|---|---|
| **Bryn Mawr Funding**, as assignee of Tiger Leasing, LLC | Barbara Farley, Esq. Barbara Farley PC 13 Wilkins Ave Haddonfield, NJ 08033 |
| **Capital One Equipment Leasing & Finance** | Joseph C. Savino, Esq. Lazer, Aptheker, Rosella & Yedid, P.C. 225 Old Country Road Melville, NY 11747 |
| **JP Morgan Chase Bank, NA** | Mitchell D. Hultquist, Assistant Vice President Managed Assets, Portfolio Management Center JPMorgan Chase Bank, NA P.O. Box 29550  AZ1-1024 Phoenix, AZ 85038 |
| **Lakeland Bank** | Matthew Kye, Esq. Magnozzi & Kye LLP 23 Green Street, Suite 302 Huntington, NY 11743 |
| **LCA Bank Corporation** | Sherri D. Lydell, Esq. Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP  475 Park Avenue South, 18th Floor  New York, NY 10016 |
| **M2 Lease Funds LLC** | Russell S. Long, Esq. Davis & Kuelthau, S.C. 11 East Kilbourn Avenue, Suite 1400 Milwaukee, WI 53202-6613 |
| **Sterling National Bank**, as assignee of Tiger Leasing, LLC | Sterling National Bank 105 Chambers St., 3rd Floor New York, NY 10007 |